FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLOS SORIANO,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | No. 4:25-CV-05098-MKD<br><br>ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY<br><br>**ECF No. 12** |

Before the Court is Plaintiff's Notice of Death and Motion for Substitution of Party, ECF No. 12. On August 6, 2025, Plaintiff Carlos Soriano brought this action, alleging medical negligence, in the Eastern District of Washington against the United States. ECF No. 1. On March 3, 2026, counsel for Plaintiff filed a Notice of Death indicating that Plaintiff had passed away on January 18, 2026. ECF No. ECF No. 12. Counsel for Plaintiff also moved to substitute Douglas R. Kerr as personal representative of the Estate of Carlos Soriano. *Id.* The United States indicated it does not object to the motion.

"If a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). Further, "[i]f the

ORDER - 1

motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." *Id.* The Court has reviewed the motion and the record and is fully informed. A notice of death was timely filed with the Court and pursuant to Rule 25(a)(1), the Court grants Plaintiff's Motion for Substitution of Party.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Notice of Death and Motion for Substitution of Party, **ECF No. 12**, is **GRANTED**.

2. Douglas R. Kerr as Personal Representative of the Estate of Carlos Soriano is hereby **SUBSTITUTED** in place of Carlos Soriano as Plaintiff in this action. To effectuate this substitution, the District Court Executive is directed to **TERMINATE** Carlos Soriano and **ADD** in his place Douglas R. Kerr as Personal Representative of the Estate of Carlos Soriano.

3. The District Court Executive is directed to amend the caption of this case by substituting "Douglas R. Kerr as Personal Representative of the Estate of Carlos Soriano" in place of "Carlos Soriano."

ORDER - 2

**IT IS SO ORDERED.**  The District Court Executive is directed to file this order and provide copies to counsel.

DATED March 9, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3